MINESHWAR KATHURIA ET AL. *v.* RICHARD K. PURCELL

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 227 (AC 13993), is denied.

*William C. Franklin,* in support of the petition.

*Donald J. Deneen* and *Janis C. Jerman,* in opposition.

Decided April 8, 1996

STATE OF CONNECTICUT *v.* DONALD GLOVER

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 387 (AC 13500), is denied.

*Michael L. Moscowitz,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided April 8, 1996

STATE OF CONNECTICUT *v.* JAMES R. WELCH, SR.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Kent Drager,* assistant public defender, in support of the petition.